IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -3 PM 5: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DONNA REDMON,

    PLAINTIFF,

vs.

NORMAN MINETA, SECRETARY,
DEPARTMENT OF TRANSPORTATION

    DEFENDANT.

Civil No. 04-2449BP

## ORDER ALLOWING ADDITIONAL TIME TO RESPOND TO DISCOVERY

Upon motion of the Defendant, it appears there is good cause for the Defendant to be allowed additional time to respond to Plaintiff's discovery request.

Therefore, Defendant is permitted an additional fifteen days from entry of this order to either respond or object to Plaintiff's First Set of Interrogatories and Request for Production of Documents.

                                                ~~J. Daniel Breen~~ Tu M. Pham
                                                United States ~~District~~ Court
                                                Magistrate

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02449 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT