IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 23 PM 2:55

ROBERT R. DiTROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |
|---|---|
| DONNA F. REDMON, | ) |
| Plaintiff, | ) |
| vs. | ) Civ. No. <u>04-2449-B/P</u> |
| NORMAN MINETA, SECRETARY U.S. DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND ALL DEADLINES

Before the court is plaintiffs' Motion to Extend all Deadlines, filed May 13, 2005 (Dkt #20). For good cause shown and no opposition, the motion for a ninety-day extension of the discovery deadlines is GRANTED. The parties shall appear before the magistrate judge on June 9, 2005, at 10:00 a.m., in courtroom #6, third floor, to discuss new deadlines.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/23/05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02449 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT