IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DONNA F. REDMON, )
 )
 Plaintiff, )
 )
vs. ) Civ. No. 04-2449-Ma/P
 )
NORMAN MINETA, SECRETARY U.S. )
DEPARTMENT OF TRANSPORTATION, )
 )
 Defendant. )
 )

## AMENDED SCHEDULING ORDER

On May 23, 2005, this court granted plaintiff's unopposed motion to extend all deadlines for ninety days. On June 9, 2005, the court held a scheduling conference and all parties were present and heard. The scheduling order is hereby amended as follows:

**COMPLETING ALL DISCOVERY**: August 30, 2005

(a) **DOCUMENT PRODUCTION**: August 30, 2005

(b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: August 30, 2005

(c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

  (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: July 29, 2005

  (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: August 30, 2005

  (3) **EXPERT WITNESS DEPOSITIONS**: September 30, 2005

**FILING DISPOSITIVE MOTIONS**: October 31, 2005

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately four (4) days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation before the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 13, 2005
_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02449 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT