FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 12 AM 8:02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|   |   |   |
|---|---|---|
| DONNA F. REDMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>04-2449-B/P</u> |
| | ) | |
| NORMAN MINETA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Before the court is Plaintiff's Motion for Extension of Discovery Deadline, filed August 30, 2005 (dkt #30). The court held a hearing on September 8, 2005 and September 9, 2005. For good cause shown, the motion is GRANTED. Plaintiff shall have until September 30, 2005, to complete depositions of Casey Jones and Sharon Cooper.

All other dates, including the trial date, shall remain the same.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 9, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02449 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT