IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DONNA F. REDMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-2449BP |
| ) | |
| NORMAN MINETA, Secretary, ) | |
| U. S. Department of Transportation, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO FILE DEPOSITION

Upon motion of the Defendant, it appears that the deposition testimony of plaintiff Donna Redmon will be needed in order to consider Defendant's Motion for Summary Judgment. For good cause shown, it is therefore

ORDERED that the deposition of the plaintiff, Donna Redmon, taken on March 17, 2005, will be filed with the Court.

J. Daniel Breen
United States District Court

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05

3



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02449 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT