IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 15 PM 4: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DONNA REDMON, )
)
   Plaintiff, )
)
vs. ) Civil No. 04-2449
)
NORMAN MINETA, SECRETARY )
UNITED STATES DEPARTMENT OF )
TRANSPORTATION, )
)
   Defendant. )
)

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND/OR SUMMARY JUDGMENT

Defendant has moved to supplement attachments to the Memorandum in Support of Defendant's Motion to Dismiss.

IT IS ORDERED that Defendant's Motion to Supplement is granted.

ENTERED this _15th_ day of _December_, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12-16-05_

46

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CV-02449 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT